DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SOUTHERN ENGINEERING AND CONSTRUCTION, LLC,**
Appellant,

v.

**BANK OF AMERICA, N.A.,** and **VICTOR A. GARCIA, ET AL.,**
Appellees.

No. 4D15-786

[November 18, 2015]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Eli Breger, Judge; L.T. Case No. 2012CA004804XXXXMB.

Anthony A. Arsali, Lantana, for appellant.

David F. Knobel and Jeremy W. Harris of Morris, Laing, Evans, Brock & Kennedy, CHTD, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed. See Arsali v. Chase Home Finance, LLC,* 38 Fla. L. Weekly S562 (Fla. July 11, 2013).

GROSS, MAY and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***